AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED BY ___TM___ D.C.

AUG - 1 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| EDGAR ARMANDO BENITEZ, | ) Case No. 19-mj-8297-DLB |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 13, 2019__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21, United States Code, Section 841(a)(1) | Possession with Intent to Distribute a controlled substance, namely a mixture or substance containing a detectable amount of methamphetamine a Schedule II controlled substance; in violation of Title 21, United States Code, Section 841(a)(1). |

This criminal complaint is based on these facts:

PLEASE SEE AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA TFO REY PANIAGUA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __8-1-2019__

*Judge's signature*

City and state: __West Palm Beach, Florida__ __United States Magistrate Judge Dave Lee Brannon__
*Printed name and title*

## AFFIDAVIT

I, Rey Paniagua, a Task Force Officer with the United States Drug Enforcement Administration (DEA), United States Department of Justice, having been duly sworn, do hereby depose and state as follows:

### Introduction

1. This affidavit is submitted in support of a criminal complaint charging **Edgar Armando BENITEZ** with Possession with Intent to Distribute a controlled substance, namely over five hundred (500) grams of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

2. As a Task Force Officer of the United States Department of Justice, I am authorized to conduct criminal investigations of violations of Title 21 of the United States Code. Your affiant is a sworn Deputy Sheriff with the Palm Beach County Sheriff's Office (PBSO), and has served in that capacity since 2000. Your affiant is currently assigned to PBSO Narcotics Division and from there to the DEA, West Palm Beach District Office, Task Force Group. Your affiant has successfully completed the Criminal Justice Standards and Training Police Academy and is certified by the Criminal Justice Standards and Training Commission as a Law Enforcement Officer.

3. I have received extensive training in conducting narcotics investigations and in identifying the means and methods used by narcotics traffickers. I have conducted or participated in numerous investigations of this nature. I have received extensive training in conducting narcotics investigations and in identifying the means and methods used by narcotics traffickers. I have conducted or participated in numerous investigations of this nature. Much of this training

and experience has been directed at the detection, investigation, seizure and prosecution of individuals involved in the manufacture, possession and distribution of controlled substances. Through my training, education and experience, which has included debriefing cooperating drug traffickers, monitoring wiretapped conversations of drug traffickers, acting in an undercover capacity, conducting searches of locations where drugs and money have been found, and conducting surveillance on individuals engaged in drug trafficking I have learned the various methods, packaging materials, and actions that drug traffickers utilize to conduct their illegal business and in their efforts to thwart law enforcement. Since approximately 2002, I have been personally involved in hundreds of investigations of Mexican related drug trafficking conspiracies. I have reviewed hundreds of hours of prior audio-recorded conversations in English and Spanish in the course of those previous investigations, from both Court-authorized wiretaps and consensually recorded conversations. I have acted as an undercover agent and conducted well in excess of 100 meetings and controlled drug transactions myself, on behalf of law enforcement.

4.      The information contained in this affidavit is based on my own personal knowledge, as well as, information imparted to me from other law enforcement officers and agents. This affidavit is submitted for the limited purpose of establishing probable cause. It does not purport to describe everything known to your affiant concerning the investigation.

## **PROBABLE CAUSE**

5.      On July 13, 2019, at approximately 9:00 p.m., law enforcement agents received information from a past proven and reliable DEA Confidential Source[1] (CS), that a Hispanic male, later identified as Edgar Armando BENITEZ (BENITEZ), was on a El Tornado bus transporting

---

[1] The CS has been assisting law enforcement for over 15 years and has assisted with investigations conducted by federal and local agencies. In previous investigations, the CS and the information provided by the CS, has always proven to be reliable and has been independently corroborated by law enforcement. The CS' motivation for assisting law enforcement is monetary compensation.

2

approximately five kilograms of crystal methamphetamine to Palm Beach County, Florida for distribution in the Southern District of Florida. Subsequently, the DEA provided the Palm Beach County Sheriff's Office (PBSO) Interdiction Unit with the CS' information.

6. On July 13, 2019, at approximately 10:45 p.m., PBSO interdiction agents arrived at the El Tornado bus depot located at 3905 Lake Ave, West Palm Beach, within the Southern District of Florida, which is described as a series of store fronts and a parking lot. PBSO Agent Carlos Valencia observed BENITEZ standing next to a taco truck in the parking lot. Agent Valencia identified BENITEZ by the description provided by the CS. BENITEZ was wearing a black t-shirt and gray shorts carrying a black back pack.

7. PBSO Agents observed BENITEZ walking towards a closed Coastal gas station located at 805 Southern Boulevard, West Palm Beach, Florida. The business was closed to the public and had no lights on. BENITEZ then began walking towards a parked vehicle driven by another Hispanic male. Based on CS information and the totality of the circumstances, Agent Valencia made contact with BENITEZ. As Agent Valencia approached BENITEZ, he (BENITEZ) immediately tossed the black back pack to the ground. Agent Valencia asked BENITEZ if the back pack was his, at which time BENITEZ stated "No." Agent Valencia asked BENITEZ if he had any hemp or marijuana on his person at which time BENITEZ stated "No."

8. PBSO Agent Frederick Merkle then retrieved his narcotics K-9 partner, Lotus, who is trained in narcotics detection (marijuana, heroin, cocaine, methamphetamine and ecstasy) and conducted a K9 sniff of the black back pack. Agent Merkle advised Agent Valencia that his K-9 partner had alerted to the presence of narcotics in the black back pack which BENITEZ had attempted to discard. Agent Valencia then applied for a State of Florida search warrant for the back pack.

9. On July 14, 2019, at approximately 1:00 a.m., Agent Valencia obtained a State of Florida search warrant for the black back pack signed by the Honorable Judge Lisa S. Small, 15th Judicial Circuit of the State of Florida.

10. PBSO Agents Valencia and Merkle then executed the search warrant and searched the back pack. Agents located numerous articles of clothing that were wrapped around five duct taped packages. Based upon his training and experience, Agent Valencia recognized these packages to be consistent with narcotics packaging. Agents then cut open the packages and found they contained crystal methamphetamine. Agent Merkle tested the substance using a Sirchie Nark test kit, which resulted in a positive result for the presence of methamphetamine. Agents Merkle and Valencia then weighed the methamphetamine and found that it had an approximate weight of 4,121.07 grams.

11. Agents Valencia and Merkle read BENITEZ his *Miranda* warnings from a PBSO *Miranda* warnings rights card which BENITEZ stated he understood. Post *Miranda*, BENITEZ stated he resides in Orlando, Florida, that he had departed from Orlando, Florida at approximately 2:30 p.m., and arrived to West Palm Beach, Florida at approximately 5:00 p.m. BENITEZ stated that he was in West Palm Beach to visit his aunt. However, BENITEZ could not provide an address, nor a phone number for his aunt. BENITEZ stated he left his aunt's house and was eating at the taco truck located in the parking lot of the convenience store at 3905 Lake Avenue, West Palm Beach, Florida. BENITEZ stated he was walking towards his aunt's house when he was stopped by law enforcement. BENITEZ denied holding or carrying the black back pack. BENITEZ also provided his clothing sizes to Agent Valencia. Agent Valencia noted that the sizing of the clothing which the methamphetamine was wrapped in was consistent with the sizing of the

clothing provided by BENITEZ during his interview. BENITEZ was subsequently booked into the Palm Beach County jail on state charges.

12. Based on the foregoing, your affiant respectfully submits that there is probable cause to believe that Edgar Armando BENITEZ has committed the criminal offense of Possession with Intent to Distribute a controlled substance, namely over five hundred (500) grams of a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii).

FURTHER YOUR AFFIANT SAITH NAUGHT.

_____
REY PANIAGUA
TASK FORCE OFFICER
U.S. DRUG ENFORCEMENT ADMINISTRATION

SWORN TO AND SUBSCRIBED BEFORE
ME THIS 1st DAY OF ~~JULY~~ August, 2019, IN
WEST PALM BEACH, FLORIDA.

_____
HON. DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>19-mj-8297-DLB</u>

IN RE:
CRIMINAL COMPLAINT
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: _____
ADAM McMICHAEL
Assistant United States Attorney
500 S. Australian Avenue
Suite 400
West Palm Beach, Florida 33401
TEL: (561) 820-8711
FAX: (561) 805-9846